**United States Bankruptcy Court**
**District of Vermont**

In re  Utilility Risk Management Corporation LLC , Case No. 10-_____
                          Debtor                              Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Powel, Inc.<br>930 Blue Gentian Road<br>St. Paul MN 55121 | T: 651-251-3005<br>F: 651-251-3006 | | | $562,428.79 |
| KCI Technologies<br>P.O. Box 75246<br>Baltilmore MD 21275-5246 | T: 410-644-8921<br>F: 410-316-7885 | | | $342,100.00 |
| CBH Imaging Resources<br>145 Sound Shore Drive<br>Currituck NC 27929 | T: 757-288-9961 | | | $197,370.00 |
| Arbonaut<br>c/o Arbonaut USA<br>2038 Mountain Drive<br>Stowe VT 05672 | T: 011-35840-530-0622<br>Tuomo.Kauranne@arbonaut.com | | | $159,115.00 |
| Arno Group, LLC<br>134 S. Main Street, No. 15<br>Stowe VT 05672 | T: 802-253-7804 | | | $100,000.00 |
| ECI<br>295 Buck Road, Ste 203<br>Southampton, PA 18966 | T: 215-322-4040<br>F: 215-322-9404 | | | $93,297.00 |

In re **Utililty Risk Management Corporation LLC**, Case No. **10-**___

Debtor    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| DeJong, Alan<br>20804 NE 221st. Circle<br>Battle Ground WA 98604 | T: 360-687-1587<br>   360-687-8498 | | | $85,980.00 |
| Feinberg Law Group LLC<br>57 River Street, Suite 204<br>Wellesley MA 02481 | T: 781-283-5775<br>F: 781-283-5776 | | | $52,159.11 |
| American Express<br>Travel Management Services<br>P.O. Box 53800<br>Phoenix AZ 85072-3800 | T; 800-528-2122<br>F: 623-444-3001 | | | $51,875.46 |
| McKim & Creed<br>8020 Tower Point Drive<br>Charlotte NC 28227 | T: 704-841-2588<br>F: 704-841-2567 | | | $36,500.00 |
| Spilman Thomas and Battle<br>300 Kanawha boulevard, East<br>P.O. Box 273<br>Charleston WV 25321-0273 | T: 304-340-3800<br>F: 304-340-3801 | | | $35,412.36 |
| Creative Strategy Group Inc.<br>301 Oxford Valley Road, Ste. 1721<br>Yardley PA 19067 | T: 215-493-9750<br>F: 215-493-9751 | | | $25,883.46 |

In re **Utililty Risk Management Corporation LLC**, Case No. **10-**
Debtor                                                                                   Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Group Mobile<br>5505 W. Chandler Blvd., Stte 21<br>Chandler AZ 85226 | T: 480-705-6100<br>F: 480-247-2750 | | | $24,545.00 |
| Gallagher Flynn & Company<br>77 College Street<br>P.O. Box 447<br>Burlington VT 05402-0447 | T: 802-863-1331<br>F: 802-865-4446 | | | $24,413.82 |
| Gary Cole<br>P.O. Box 997<br>Morrisville VT 05661 | T: 802-793-4266 | | | $24,109.03 |
| Auracom International Inc.<br>996 South Main St., Ste 2A<br>Main Floor<br>Stowe VT 05672 | T: 802-253-8911<br>F: 802-253-7322 | | | $22,434.67 |
| Kintercom<br>250 N. Tamenend Ave.<br>New Britain PA 18901 | T: 215-489-0376<br>F: 586-279-4044 | | | $17,445.00 |
| Vermont Law<br>164 Chelsea Street<br>P.O. Box 96<br>S. Royalton VT 05068 | T: 802-831-1000<br>F: 802-763-7071 | | | $15,000.00 |

In re __Utility Risk Management Corporation LLC__ , Case No. __10-__
    Debtor                         Chapter __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| MVP Health Care, Inc. GPO Box 26864 New York, NY 10087-6864 | T: 800-825-5687 F: 518-386-7885 | | | $13,100.00 |
| Symquest P.O. Box 2384 South Burlington VT 05407 | T: 802-658-9890 F: 802-658-9810 | | | $12,326.98 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Adam Rousselle, Chief Executive Officer of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __8-16-2010__          Signature: _/s/ Adam P. Rousselle_

                    __Adam Rousselle, Chief Executive Officer__
                    (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.